WILBORN & ASSOCIATES, P.C., ATTORNEYS AT LAW
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
2020-C SW 8th Avenue, PMB # 294
West Linn, Oregon 97068
Voice: (503) 697-7019
Fax: (503) 697-7153
    Attorney for Plaintiff

FILED'06 JAN 26 15:13 USDC-ORE

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**CORA HAMILTON,**                              CV # 04-6174-TC

    Plaintiff,

vs.                                          ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

Attorney fees in the amount of $7,499.00 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

DATED this 26 day of Jan, 2006.

                                                _____
                                                United States District / Magistrate Judge

Submitted on January 20, 2006 by:

/s/ Tim Wilborn, OSB # 94464
(503) 697-7019
    Attorney for Plaintiff

ORDER - Page 1